**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION**

**Civil Action No. _____**

BROADCAST MUSIC; INC., et al.            )
                                          )
           Plaintiffs,            )
                                          )
           v.                     )
                                          )
SHARPSHOOTERS SPORTS BAR &               )
RESTAURANT, LLC., ET AL.,                )
                                          )
           Defendants.            )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A
DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1, Songs of Universal, Inc. makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   ☒  Yes          ☐  No

2. Does party have any parent corporations?

   ☒  Yes          ☐  No

   If yes; identify all parent corporations; including grandparent and great-grandparent corporations: <u>Universal Music Publishing Group, Vivendi, S.A.</u>

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ☒  Yes          ☐  No

   If yes, identify all such owners: <u>Universal Music Publishing Group, Vivendi, S.A.</u>

15112760_1.DOC

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

☒ Yes ☐ No

If yes, identify entity and nature of interest: Other plaintiffs named in action

This the 26th day of May, 2011.

WILLIAMS MULLEN

/s/ M. Keith Kapp
M. Keith Kapp
N.C. Bar #8850

/s/ Jonathan R. Bumgarner
Jonathan R. Bumgarner
N.C. Bar #31427
Attorneys for Plaintiffs
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4000
Fax: (919) 981-4300
kkapp@williamsmullen.com
jbumgarner@williamsmullen.com

15112760_1.DOC